

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**10/24/2014**

IN RE:                                          §              Case No.    09-39530-H4-13

Alan John Sweeney

Debtor                                          §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. _54_ ) is denied for the following reason(s):

1. ____X____   Applicant's signature is not notarized.

2. ____X____   Amount being requested is not the amount deposited on behalf of the original claimant.

3. ____X____   Application was not served on U.S. Attorney and U.S. Trustee.

4. _____   Proposed Order not filed by applicant.

5. ____X____   Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____   Other:

Signed   _10/24/2014_

_____
United States Bankruptcy Judge